IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:95-cv-1451-GEB-DAD |
| Plaintiff, ) | |
| ) | |
| v.  ) | ORDER |
| ) | |
| THEODORE WHITE, Warden; IVALEE ) | |
| HENRY; and STANLEY WANG, ) | |
| ) | |
| Defendants.[1] ) | |

      This action has been remanded for an evidentiary hearing "on the issue whether Reynolds conditioned his waiver of a jury trial on a bench trial before the magistrate judge." (Mem. Nov. 2, 2006.) The evidentiary hearing is scheduled to commence at 1:30 p.m. on December 15, 2006, in Courtroom 10.

      IT IS SO ORDERED.

Dated: November 3, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The caption has been modified to reflect the stipulated dismissal of Defendant James Gomez filed February 27, 2001.

1