IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; PACIFIC RIVERS COUNCIL,<br><br>        Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior; STEVEN WILLIAMS, Director of the United States Fish and Wildlife Service,<br><br>        Defendants. | 2:03-cv-1758-GEB-DAD<br><br>ORDER |

        This action is remanded to the Secretary of the Interior and the Director of the U.S. Fish and Wildlife Service for further proceedings consistent with the Ninth Circuit's decision in -- F.3d --, 2006 WL 2959312 (9th Cir. Oct. 18, 2006).

        IT IS SO ORDERED.

Dated: December 18, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

1