IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS, <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>THEODORE WHITE, Warden; IVALEE HENRY; and STANLEY WANG, <br><br>　　　　　　Defendants. | 2:95-cv-1451-GEB-DAD <br><br><br> ORDER |

On December 18, 2006, an order issued referring to the Magistrate Judge "[t]he matter of trying to find a lawyer for the limited purpose of representing Reynolds at [an] evidentiary hearing [regarding whether Reynolds conditioned his waiver of a jury trial on a bench trial before the magistrate judge]." (Dec. 18, 2006 Order at 2.) Although attempts have been made and are still ongoing, no lawyer has yet been found. Therefore, Reynolds will appear pro se at an evidentiary hearing which is scheduled to commence at 10:00 a.m. on August 6, 2007, in Courtroom 10.[1] If Reynolds prevails at the

---

[1] If the Magistrate Judge or Reynolds finds a lawyer for Reynolds, that lawyer could represent him at the evidentiary hearing and at trial if Reynolds prevails at the evidentiary hearing.

1

1  evidentiary hearing, a jury trial will commence on September 18, 2007,
2  at 9:00 a.m., in Courtroom 10.
3          Further, Reynolds' request for an emergency injunction filed
4  May 21, 2007, is denied.
5          IT IS SO ORDERED.
6  Dated:  June 8, 2007

                                     _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge