IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS,<br><br>        Plaintiff,<br><br>  v.<br><br>THEODORE WHITE, Warden; IVALEE<br>HENRY; and STANLEY WANG,<br><br>        Defendants. | 2:95-cv-1451-GEB-DAD<br><br><br><br>ORDER |

      In light of the order issued on August 14, 2007, the Judgment entered on March 9, 2001, shall be reinstated.

      IT IS SO ORDERED.

Dated:  August 27, 2007

                                                                           
GARLAND E. BURRELL, JR.
United States District Judge